# UNITED STATES DISTRICT COURT
### for the
### District of Nevada



United States of America
v.
Keoscha Ellesse Spencer
*Defendant*

Case No. 2:19-mj-223-CWH

Charging District: North Dakota

Charging District's Case No. 1:18CR152 DLH

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court Bismarck, North Dakota | Courtroom No.: Judge Miller's Courtroom |
| --- | --- |
| | Date and Time: April 15, 2019, 10:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: March 29, 2019

*Judge's signature*

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
*Printed name and title*